# United States Court of Appeals
## For the First Circuit

Nos. 10-1076
     10-1099
     10-1115
     10-1875
     10-2466

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ DAVID ACOSTA-COLÓN, a/k/a David;
JORGE FOURNIER-OLAVARRÍA, a/k/a Mesón;
FERNANDO L. CASTILLO-MORALES, a/k/a Yaguita;
ALEXIS RODRÍGUEZ-RODRÍGUEZ, a/k/a Sandro; and
DANIEL GUZMÁN-CORREA, a/k/a Danny Pincho,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on December 18, 2013 is amended as follows:

On page 24, line 14, change "identify Lespier" to "identify Fournier"